UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E. Ohio St., Rm. 116
Indianapolis, IN 46204

SF13210 (rev 02/2017)

In re:

**Patrice Renee Mosley**,  Case No. **18–09353–JJG–13**
SSN: xxx–xx–3288    EIN: NA
    2420 Wildbriar Court
    Indianapolis, IN 46229
        Debtor.

## NOTICE OF FILING OF CHAPTER 13 PLAN

A Chapter 13 Plan was filed on December 17, 2018, by Debtor Patrice Renee Mosley. A copy of this document is attached.

**NOTICE IS GIVEN** that any objection to the Chapter 13 Plan must be filed with the Court at least **3 days** prior to the 341 meeting date or by January 15, 2019, whichever is later. Objections must comply with S.D.Ind. B–9013–1(d) and must be served on the attorney for the debtor and the chapter 13 trustee.

If no objections are filed, the Court may confirm the plan without conducting an actual hearing. Unresolved objections will be scheduled for hearing by the Court at a later date.

Dated:  December 18, 2018                    Kevin P. Dempsey
                                                          Clerk, U.S. Bankruptcy Court