UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:　)
　)　CASE NO.   18-09353-JJG-13
Patrice Renee Mosley　)
　)
　)
　)
DEBTOR(S)　)

## CERTIFICATE OF SERVICE

    I hereby certify that on December 19, 2018, a copy of the foregoing Notice and Plan as issued electronically. Notice of this filing will be sent to the parties on the attached list through the Court's Electronic Case Filing System. The parties may access this filing through the Court's system.

                         John M. Hauber

                Brian D. Manning, via e-mail address

                U.S. Trustee, ustpregion10.in.ecf@usdoj.gov

    I further certify that on December 19, 2018, a copy of the foregoing Notice and Plan was mailed by US First-Class mail, postage prepaid and properly addressed to the recipients on the attached list.

                                                  /s/John M. Hauber, Trustee
                                                  John M. Hauber Trustee
                                                  320 N. Meridian St., Suite 200
                                                  Indianapolis IN  46204

WALTON LEGAL SERVICES
5610 Crawfordsville Rd
Suite 1200
INDIANAPOLIS, IN  46224

Patrice Renee Mosley
2420 Wildbriar Court
Indianapolis, IN  46229

AES/PHEAA
1112 7th Ave
Monroe, WI  53566

Aes/pheaa
Po Box 61047
Harrisburg, PA  17106

Allergy & Asthma Specialist
70 E. 91st St., Suite 204
Indianapolis, IN  46240

Amex
P.o. Box 981537
El Paso, TX  79998

Barclays Bank Delaware
Po Box 8803
Wilmington, DE  19899

Blitt & Gaine, PC
661 Glenn Ave
Wheeling, IL  60090

Bruce G. Arnold
P.O. Box 17210
Golden, CO  80402

Bureaus Investment Group Portfolio
Dept 988, P.O. Box 4115
Concord, CA  94524

Bureaus Investment Group Portfolio
for Capital One. c/o Sentry Credit
P.O. Box 12070
Everett, WA  98206

Caine & Weiner
Po Box 55848
Sherman Oaks, CA  91413

Capital One
15000 Capital One Dr
Richmond, VA  23238

Cavalry Portfolio Services
500 Summit Lake Drive
Valhalla, NY  10595

Centura Health
P.O. Box 561538
Denver, CO  80256-1538

Chase Auto Finance
P.o. Box 901003
Fort Worth, TX  76101

Choice Recovery
1550 Old Henderson Rd St
Columbus, OH  43220

Citibank/Exxon Mobile
Po Box 6497
Sioux Falls, SD  57117

Comenity Bank/Victoria Secret
Po Box 182789
Columbus, OH  43218

Community Health Network
7163 Solution Center
Chicago, IL  60677-7001

Community Health Network
P.O. Box 19202
Indianapolis, IN  46219-0202

CommunityWide FCU
1555 Western Avenue
South Bend, IN  46619

Convergent Outsourcing, Inc.
800 Sw 39th St
Renton, WA  98057

Crager-Bartels/Sturgill
8500 keystone Crossing, Ste 55
Indianapolis, IN  46240

Credit Collection Services
725 Canton St
Norwood, MA  02062

Crestwood Property Management
Community Association of Rosswood
P.O. Box 17094
Indianapolis, IN  46217

Dept of Ed / 582 / Nelnet
3015 Parker Rd
Aurora, CO  80014

Dept of Ed / Navient
Po Box 9635
Wilkes Barre, PA  18773

FHA
c/o U. S. Attorney
10 W. Market St, &#35;2100
Indianapolis, IN  46204

FedLoan Servicing
Pob 60610
Harrisburg, PA  17106

| | | |
|---|---|---|
| Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN  56303 | G. L. A. Collection Company<br>Po Box 991199<br>Louisville, KY  40269 | Indiana Finance Company<br>Pob 49<br>Anderson, IN  46015 |
| Internal Revenue Service<br>Attn: Bankruptcy Division<br>P O Box 7346<br>Philadelphia, PA  19101 | Internal Revenue Services<br>575 N. Pennsylvania<br>Attn: Insolvency<br>Indianapolis, IN  46204 | Jefferson Capital Systems, LLC<br>16 Mcleland Rd<br>Saint Cloud, MN  56303 |
| Key Education Resource<br>Po Box 7860<br>Madison, WI  53707 | Keyed/glelsi<br>P.o. Box 7860<br>Madison, WI  53707 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI  53201 |
| Med-1 Sol<br>517 Us Highway 31 N<br>Greenwood, IN  46142 | Michael J. Kulak<br>Codilis Law<br>8050 Cleveland Place<br>Merrillville, IN  46410 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA  92108 |
| Navient<br>Po Box 9500<br>Wilkes Barre, PA  18773 | Nelnet<br>Po Box 1649<br>Denver, CO  80201 | Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA  23502 |
| Ransburg Law, LLC<br>P.O. Box 173<br>Zionsville, IN  46077 | RoundPoint Mortgage Servicing<br>Corporatio<br>Attn: Bankruptcy<br>P.O. Box 19409<br>Charlotte, NC  28219 | Sentry Credit, Inc. for Synchrony Bank<br>2809 Grand Avenue<br>Everett, WA  98201 |
| Speedway/SuperAmerica<br>539 S Main Room 3660<br>Findlay, OH  45840 | Stenger & Stenger P.C.<br>2618 Paris Avenue SE<br>Grand Rapids, MI  49546 | Syncb/Toys R Us<br>Po Box 965005<br>Orlando, FL  32896 |
| Synchrony Bank<br>C/o Po Box 965036<br>Orlando, FL  32896 | Synchrony Bank/ Old Navy<br>Po Box 965005<br>Orlando, FL  32896 | Synchrony Bank/Amazon<br>Po Box 965015<br>Orlando, FL  32896 |
| Synchrony Bank/Chevron<br>Po Box 965015<br>Orlando, FL  32896 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL  32896 | Synchrony Bank/Sams<br>Po Box 965005<br>Orlando, FL  32896 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL  32896 | Tanner Law Group<br>6125 S East Street - Ste A<br>Indianapolis, IN  46227-2182 | The Bureaus Inc<br>1717 Central St<br>Evanston, IL  60201 |

U.S. Trustee
Office of U.S. Trustee
101 W. Ohio St.. Ste. 1000
Indianapolis, IN  46204

United Consumer Financial Services
865 Bassett Rd
Westlake, OH  44145

Visa Dept Store National
Bank/Macy&#39;s
Po Box 8218
Mason, OH  45040

Wells Fargo
Po Box 14517
Des Moines, IA  50306

Willow Glen East Apartments
9804 Fulbrook Drive
Indianapolis, IN  46229

John Morgan Hauber
Office of John M. Hauber, Chapter 13 Tru
320 N. Meridian St., Ste. 200
Indianapolis, IN  46204

Mark S. Zuckerberg
Walton Legal Services, P.C.
5610 Crawfordsville Rd. Ste. 1200
Indianapolis, IN  46224-3784

Patrice Renee Mosley
2420 Wildbriar Court
Indianapolis, IN  46229